**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-6194**

———————

ANTHONY FRED MARTIN,

                    Plaintiff – Appellant,

          v.

WILLIAM BYARS; DONALD LANE,

                    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.   David C. Norton, District Judge.
(4:13-cv-03179-DCN)

———————

Submitted: May 19, 2015                    Decided: May 22, 2015

———————

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Anthony Fred Martin, Appellant Pro Se. James Victor McDade,
DOYLE, O'ROURKE, TATE & MCDADE, PA, Anderson, South Carolina,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Fred Martin appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Martin v. Byars</u>, No. 4:13-cv-03179-DCN (D.S.C. filed Jan. 29 & entered Jan. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>